AO 442 (Rev. 5/85) Warrant for Arrest

# United States District Court

**WESTERN DISTRICT OF ARKANSAS**

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 17 2008

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

**UNITED STATES OF AMERICA**

v.

**MARLON D. EWING**

## WARRANT FOR ARREST

CASE NUMBER: 5:08CR50050-001

TO: The United States Marshal
and any other Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **MARLON D. EWING**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with one count of conspiracy to possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1), all in violation of Title 21 U.S.C. § 846; one count of aiding and abetting, knowingly possessing with intent to distribute more than 500 grams of a mixture or substance containing cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii) and Title 18 U.S.C. § 2; one count of aiding and abetting, knowingly possessing with intent to distribute more than 5 grams of a mixture or substance containing cocaine base commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii)  and Title 18 U.S.C. § 2; and one count of knowingly leasing, using and maintaining a place for the purpose of distributing and using a controlled substance in violation of Title 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2.

James R. Marschewski
**Name of Issuing Officer**

*[signature]*
**Signature of Issuing Officer**

_____
**(By) Deputy Clerk**

**Bail fixed at** _____

U. S. MAGISTRATE JUDGE
**Title of Issuing Officer**

June 26, 2008                    Fort Smith, Arkansas
**Date and Location**

By _____
**Name of Judicial Officer**

## RETURN

| This warrant was received and executed with the arrest of the above-named defendant at |
|---|
| *Arrested by DEA in Washington Co.* |

| Date Received<br>6-26-08 | Name & Title of Arresting Officer<br>*S. James Duson* | Signature of Arresting Officer<br>*[signature] for DEA* |
|---|---|---|
| Date of Arrest<br>7-9-08 | | |