| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 5:08CR50050-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>2:17-CR-20194-JTF-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Western District of Arkansas | DIVISION<br>Fayetteville Division |
|---|---|---|
| MARLON D. EWING | NAME OF SENTENCING JUDGE<br>Honorable Jimm Larry Hendren; on January 22, 2015, the case was reassigned to the Honorable Timothy L. Brooks | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>02/24/2017 | TO<br>02/23/2022 |
|---|---|---|---|

**OFFENSE**

Possession with Intent to Distribute More Than 500 Grams of a Mixture or Substance Containing Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ WESTERN _____ DISTRICT OF _____ ARKANSAS _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Western District of Tennessee _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 11, 2017
_____
Date

_____
Honorable Timothy L. Brooks
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ WESTERN _____ DISTRICT OF _____ TENNESSEE _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/13/17
_____
Effective Date

_____
United States District Judge